**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

CALVIN W. TERRY, III
ADC #116765                                                                          PLAINTIFF

v.                                          4:25-cv-01086-KGB-JJV

A. J. HUMPHREYS, Sgt.,
Faulkner County Sheriff's Office; *et al.*                              DEFENDANTS

<u>**RECOMMENDED DISPOSITION**</u>

The following Recommended Disposition ("Recommendation") has been sent to Chief United States District Judge Kristine G. Baker.  Any party may serve and file written objections to this Recommendation.  Objections should be specific and include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommendation.  Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

**I.      DISCUSSION**

Calvin W. Terry, III ("Plaintiff") has filed this *pro se* action seeking relief under 42 U.S.C. § 1983 while he was in the Faulkner County Detention Facility.  (Doc. 2).  On November 24, 2025, I entered an Order granting him *in forma pauperis* status, directed his custodian to collect the $350 fee in installments from his institutional account, explained why the Complaint failed to state a plausible claim for relief, and gave Plaintiff the opportunity to file an Amended Complaint.  (Doc. 7.)  Thereafter, Plaintiff moved to the Ouachita River Unit.  (Docs. 11, 12, 13, 15, 16, 17, 19.)

Plaintiff has recently filed a Motion stating he wishes to dismiss this lawsuit without a strike being imposed under 28 U.S.C. § 1915(g).  (Doc. 20.)  That request can be granted.  Plaintiff

1

also asks that the filing fee no longer be collected. However, that request cannot be granted because once a case is filed, the Prison Litigation Reform Act requires the entire filing fee to be collected in full even if the case is dismissed prior to service. *See Williams v. Harmon*; Case No. 07-3800, 2008 WL 4331125 (8th Cir. Sept. 24, 2008); *In Re Tyler*, 110 F.3d 528, 529-30 (8th Cir. 1997). If Plaintiff no longer wishes to dismiss this case, in light of that information, he should promptly file an Objection to the Recommended Disposition clearly stating so.

## II.      CONCLUSION

IT IS, THEREFORE, RECOMMENDED THAT:

1.      Plaintiff's Motion to Dismiss (Doc. 20) be GRANTED, and this case DISMISSED without prejudice.

2.      The Court certify, pursuant to 28 U.S.C. § 1983, that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

Dated this 22nd day of January 2026.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE