## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CALVIN W. TERRY, III**                                                                **PLAINTIFF**
**ADC #116765**

**v.**                                          **Case No. 4:25-cv-01086-KGB**

**A.J. HUMPHREYS, Sgt.,**
**Faulkner County Sheriff's Office,** *et al.*                                   **DEFENDANTS**

### ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 21). The parties have not filed objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court grants plaintiff Calvin W. Terry, III's motion to dismiss (Dkt. No. 20) and dismisses without prejudice Terry's complaint (Dkt. No. 2). The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

It is so ordered this the 18th day of February, 2026.

_____
Kristine G. Baker
Chief United States District Judge