### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CALVIN W. TERRY, III**                                                                    **PLAINTIFF**
**ADC #116765**

**v.**                                         **Case No. 4:25-cv-01086-KGB**

**A.J. HUMPHREYS, Sgt.,**
**Faulkner County Sheriff's Office,** *et al.*                                      **DEFENDANTS**

### JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Calvin W. Terry, III's complaint is dismissed without prejudice (Dkt. No. 2).  The relief sought is denied.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal is considered frivolous and not in good faith.

It is so adjudged this the 18th day of February, 2026.

_____
Kristine G. Baker
Chief United States District Judge